
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–06–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| CARMELO ENRIQUE RUIZ-MORALES, | |
| Defendant. | |

The Court entered judgment in this matter on September 27, 2019. It has come to the Court's attention that the written judgment erroneously orders the Defendant remanded to the custody of the United States Marshal. As stated in open court, the Defendant was authorized to self-report.

Accordingly, IT IS ORDERED that a corrected judgment shall be prepared, pursuant to Federal Rule of Criminal Procedure Rule 36, to correct the clerical order.

DATED this 1st day of October, 2019.

Dana L. Christensen, Chief District Judge
United States District Court

1