IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–06–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| CARMELO ENRIQUE RUIZ-MORALES, | |
| Defendant. | |

Before the Court is Defendant Carmelo Enrique Ruiz-Morales's Unopposed Motion to Amend Conditions of Release. (Doc. 107)

IT IS ORDERED that the motion (Doc. 107) is GRANTED. Ruiz-Morales's conditions of release are amended so that he may leave immediately to travel to Pasco, Washington on his way to self-report to the BOP facility in Sea-Tac Washington on October 22, 2019. Ruiz-Morales shall report as directed to Sea-Tac on October 22, 2019.

DATED this 18th day of October, 2019.

Dana L. Christensen, Chief District Judge
United States District Court

1